JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169
melanie.proctor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE SIERRA CLUB and ENVIRONMENTAL INTEGRITY PROJECT,<br><br>　　Plaintiffs,<br><br>　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　Defendant. | No. C 09-5662 MEJ<br><br>STIPULATION TO EXTEND TIME; ~~PROPOSED~~ ORDER |

On December 1, 2009, Plaintiff filed the above captioned action. The United States Attorney's Office was served on December 7, 2009. Defendant will make its best efforts to locate and release the requested documents within the next three and a half months, and the parties are hopeful they will be able to reach an out of court settlement within the next 45 days. Accordingly, the parties hereby stipulate, subject to the approval of the Court, to extend the time for Defendant to answer the complaint by 45 days, from January 6, 2010 to February 22, 2010. The parties propose the following modifications to the current case schedule:

　　Answer:　　　　　　　　　　　　February 22, 2010

　　ADR Certification and Stipulation:　February 25, 2010

STIPULATION
C 09-5662 MEJ

The dates for the Case Management Statement and Case Management Conference shall remain the same.

Dated: December 22, 2009                               Respectfully submitted,

                                                       JOSEPH P. RUSSONIELLO
                                                       United States Attorney


                                                       _____/s/_____
                                                       MELANIE L. PROCTOR[1]
                                                       Assistant United States Attorney
                                                       Attorney for Defendant


Dated: December 23, 2009                               _____/s/_____
                                                       DAVID A. BAHR
                                                       Attorney for Plaintiffs

## ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED. Defendant's Answer shall be due February 22, 2010. The parties shall file the ADR Certification and file either a Stipulation to ADR Process or Notice of Need for ADR phone conference by February 25, 2010. The Case Management Statement shall be filed on March 4, 2010, and the Case Management Conference shall be held on March 11, 2010, at 10:00 a.m.

                                                       _____
                                                       MARIA-ELENA JAMES
                                                       United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 09-5662 MEJ