1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6730
7  FAX: (415) 436-7169
   melanie.proctor@usdoj.gov
8
   Attorneys for Defendant
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  THE SIERRA CLUB and          )     No. C 09-5662 MEJ
    ENVIRONMENTAL INTEGRITY      )
14  PROJECT,                     )
                                 )
15            Plaintiffs,        )     STIPULATION TO EXTEND TIME;
                                 )     ~~PROPOSED~~ ORDER
16     v.                        )
                                 )
17  ENVIRONMENTAL PROTECTION     )
    AGENCY,                      )
18                               )
              Defendant.         )
19  _____)

20        On December 1, 2009, Plaintiff filed the above captioned action.  The United States

21  Attorney's Office was served on December 7, 2009.  Defendant will make its best efforts to locate

22  and release the requested documents within the next three and a half months, and the parties are

23  hopeful they will be able to reach an out of court settlement within the next 45 days.  Accordingly,

24  the parties hereby stipulate, subject to the approval of the Court, to extend the time for Defendant

25  to answer the complaint by 45 days, from January 6, 2010 to February 22, 2010.  The parties propose

26  the following modifications to the current case schedule:

27        Answer:                         February 22, 2010

28        ADR Certification and Stipulation:   February 25, 2010

STIPULATION
C 09-5662 MEJ

1    The dates for the Case Management Statement and Case Management Conference shall

2    remain the same.

3    Dated: December 22, 2009                         Respectfully submitted,

4                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney

5

6                                                      _____
                                                               /s/

7                                                      MELANIE L. PROCTOR[1]
                                                       Assistant United States Attorney
                                                       Attorney for Defendant

8

9

     Dated: December 23, 2009                          _____
                                                               /s/
10                                                     DAVID A. BAHR
                                                       Attorney for Plaintiffs

11

12                              ~~PROPOSED~~ ORDER

13   Pursuant to the stipulation of the parties, IT IS SO ORDERED.  Defendant's Answer shall

14   be due February 22, 2010.  The parties shall file the ADR Certification and file either a Stipulation

15   to ADR Process or Notice of Need for ADR phone conference by February 25, 2010.  The Case

16   Management Statement shall be filed on March 4, 2010, and the Case Management Conference shall

17   be held on March 11, 2010, at 10:00 a.m.

18

19                                                     _____

20                                                     MARIA-ELENA JAMES
                                                       United States Magistrate Judge

21

22

23

24

25

26

27   _____

28   [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 09-5662 MEJ